**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| CARY PARKER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VERNON LEE PARKER, JR., | Civil Action No.: 4:20-cv-04467-SAL |
| Plaintiff, | **PLAINTIFF'S OFFER OF JUDGMENT** |
| vs. | |
| ALL STAR LOGISTICS, LLC and YASIYM BRYANT BONNER | |
| Defendants. | |

**TO: CURTIS L. OTT, ESQ., ATTORNEY FOR DEFENDANTS**

COMES NOW, Plaintiff Cary Parker, as Personal Representative of the Estate of Vernon Pursuant to S.C. Code Ann. § 15-35-400 (1976, as amended), Plaintiff hereby offers to take judgment against Defendants in the amount of Two Million Five Hundred Thousand and 00/100 ($2,500,000.00) dollars, with One Million and 00/100 dollars ($1,000,000.00) payable immediately, and the remaining One Million Five Hundred Thousand and 00/00 ($1,500,000.00) payable in twelve equal quarterly installments beginning July 1, 2021.

If this Offer of Judgment is not accepted within twenty days after notification of this offer, before it is withdrawn, or prior to or on the tenth day before the actual trial date, whichever date occurs first, this offer shall be considered rejected. Plaintiffs reserve the right to withdraw this Offer of Judgment prior to its acceptance or prior to the date on which it would be considered rejected by giving notice to Defendants or their attorney in accordance with the service rules for motions and other pleadings outlined in the Rules of Civil Procedure.

Pursuant to S.C. Code § 15-35-400(B) (1976, as amended), if Defendants do not accept this Offer of Judgment and Plaintiffs obtain a verdict or determination that is at least as favorable as this offer, Plaintiffs shall seek to recover from Defendants: (1) any administrative, filing, or other court costs from the date of this offer until judgment; and (2) eight percent interest computed on the amount of the verdict or award from the date of this offer.

Within twenty days after notification, by the date of withdrawal, or at least ten days prior to the trial date, whichever date is earlier, Defendants or the defense attorney may file with the Clerk of Court a written acceptance of this Offer of Judgment and serve it upon Plaintiffs in accordance with the Rules of Civil Procedure.

Respectfully submitted,

By: *s/ J. Taylor Powell* _____

Ellis R. Lesemann (Fed. ID No. 7168)
E-mail: erl@lalawsc.com
J. Taylor Powell (Fed. ID No.)
E-mail: jtp@lalawsc.com
LESEMANN & ASSOCIATES LLC
418 King Street – Suite 301
Charleston, SC 29403
Phone: (843) 724-5155
Fax: (843) 720-2312

***ATTORNEYS FOR PLAINTIFF CARY PARKER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VERNON LEE PARKER, JR.***

March 16, 2021
Charleston, South Carolina